Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

Andrew Flood

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Calais Police Department etc.

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Andrew Paul Flood
Address: 138 Union Street
City: Calais   State: Me   Zip Code: 04619
County: Washington
Telephone Number: 207 454-3685
E-Mail Address: None

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Charles Ball
Job or Title (if known): Baileyville / Calais Police Officer
Address: 312 North Street
City: Calais   State: Me   Zip Code: 04619
County: Washington
Telephone Number: 207-454-2751
E-Mail Address (if known): Unknown

[✓] Individual capacity   [✓] Official capacity

Defendant No. 2
Name: City of Calais; Police Dept.
Job or Title (if known): Municipality
Address:
City: Calais   State: Me   Zip Code: 04619
County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity   [ ] Official capacity

Others to be listed once able to amend complaint.

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
Name: Chief of Police
Job or Title (if known):
Address:
City / State / Zip Code
County
Telephone Number
E-Mail Address (if known)

[✓] Individual capacity    [ ] Official capacity

Defendant No. 4
Name: Baileyville Police Department assisted body camera for Ballard Denbow
Job or Title (if known):
Address:
City / State / Zip Code
County
Telephone Number
E-Mail Address (if known)

[ ] Individual capacity    [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Calais Police Department and its employees operate under a set of unwritten rules and/or custom to enforce a discriminatory procedure to selectively violate Constitutional and Federal Law. Cumulating in failure to supervise or punish conduct that is deliberately indifferent to clearly established Federal Law. Including to allow its officers to harass citizens, sell drugs and recieve retirement benefits, assault people for trying to assert their rights during routine traffic stops (including the Plaintiff) violate search and siezure laws. And to instill fear as in this case. Officer Ball has been involved in several situations were he used excessive force and has gone unpunished. Lost his job at CPD and recently got rehired just to again demonstrate misuse of power.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? On or around March 25, 2019 (Friday) Saturday March 26th, 2019. Ongoing. May 17th 2024 to present. Including a threat made via fax from the Department / Officer Ball to this County Jail. March 28 2024 procured the Plaintiffs medical records at the Calais Regional Hospital without consent. Unsure if Mrs. Ball allowed this or not, as she was the Supervising Nurse at the E.R. the night of 25th, 26th. Utilizing Federal Officers, Border Patrol and City employees during the initial engagement.

B. What date and approximate time did the events giving rise to your claim(s) occur? Excessive handcuffing resulting in long term nerve damage. Nine hours hog tied behind the back, with a broken bone in hand. March 25th, 26th 2019. Forced blood draw (unrelated to any charges and/or reason). Threats to shoot the Plaintiff for crying for help at the hospital to losen the cuffs. Refusal to allow Plaintiff access to toilet or water on both dates. Both times the officers used torture locking / side cuffing to pinch off the nerve clusters. As well as used Plaintiff's PTSD to try to escalate the situation. Officer Ball has had a long history of abusing inmates and or citizens. At MSP and other departments.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
March 25 2019 tazed without cause. Taken by ambulance to Calais Hospital cuffed behind the back, cuffs not locked and to tight. Cutting off blood flow. Several times Plaintiff asked during transport for the staff / officer to losen them. To no avail. Only threats to shut up. Cuffs continued to tighten. Causing Plaintiff to scream and cry for help after officers repeated refusal to losen. Plaintiff was repeatedly threatened with violence and that "he would be shot" if he did stop crying in pain. Causing officer to respond in a fit of rage to roll the Plaintiff onto his back to increase the pain. Plaintiff suffered a series of seizures. Commented on by the description from the officer as "he flopped around in a kind seizure for a few minutes," "two or three times". Put in the records by Doctor. Tightness of the cuffs and bone break is also shown in xray taken, 10 hours after transport, the next morning still cuffed. Unsure what time the officer ordered the blood draw but Plaintiff strapped down had no choice. The Plaintiff has a nurse and security staff a witnesses as well. Reliza Dewitt had to feed the Plaintiff water the next morning before he could speak because his hands were frozen / paralized.

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Nerve damage in both hands. Shoulders/back injured; inability to sleep without nightmares of event. Reputation has suffered due to the severity of the response. Despite it being a misdemeanor. Privacy violated from the induced/forced blood draw. Violation of ADA for utilizing medical/mental health history for punishment. Torture with prolonged hand cuffing/hog tying Plaintiff to the point of flesh swelled up around the cuffs until a special tool had to be used to remove them after 9½ hours. Reaccurring on May 17, 2024 to injuring Plaintiff again with the side cuffing and cutting off the circulation to inflict intentional pain and humiliation on the Plaintiff. Allowing him to sit in the Back strapped down refusing bathroom access and water. And again refusing to loosen the cuffs for several hours. Resulting in injury, pain, extremely exasperating the existing PTSD from last incident and reinjuring the nerve damage that had subsided a bit over 5 plus years. Then on May 31 2024 threatening Plaintiff to not return to his residence by far to this jail or he would press felony charge. 1st Amendment and misuse of process.

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Preliminary Relief: Asking for the Body Camera footage from 3 cruisers at 139 Union and 133 Union around 9:00 A.M. May 17, 2024. As this Department has a history of loosing the footage. Camera/Body Camera/Store Camera March 25, 26 2019. And respectfully ask this to be afforded an attorney. Or in the alternative some leeway until I am able to be released from this County Jail. Body camera from both Calais/Baileyville officers and Federal. Initial Booking photos might show hands were purple/black swollen.
Punitive Damages:
Declatory Relief:
Pain/Suffering
ADA and Violation of Privacy
Any other that may be available upon amended complaint
Asking for initial fees to be waved until the Plaintiff prevails as these facts are supported by video camera footage, X-rays and records/staff.
The Plaintiff is in forma pauperis and this facility would not allow a proper Complaint to be copied. Using a three inch flex pen to write this. Sorry it could not be more professional. Time is running out and doesn't look like, even though this complaint will not necessarily imply the underlying charges or the arrest just the treatment after, this court will resolve the underlying charges. Plaintiff will provide proper compliance with amended complaint i.e. typing forms etc.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *Andrew Flood* June 26, 2024 under penalty of perjury.

Signature of Plaintiff: *Andrew P. Flood* pro-se
Printed Name of Plaintiff: Andrew P. Flood

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
_____ City _____ State _____ Zip Code
Telephone Number _____
E-mail Address _____