UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| ANDREW FLOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:24-cv-00239-SDN |
| | ) | |
| CHARLES BALL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On March 25, 2025, the United States Magistrate Judge filed with the Court his Recommended Decision on the Court's preliminary review in accordance with 28 U.S.C. § 1918A. The time within which to file objections expired on April 8, 2025, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

Therefore, I **AFFIRM** and **ADOPT** the Recommended Decision of the Magistrate Judge.

**SO ORDERED.**

Dated this 17th day of April, 2025.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**