UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| ANDREW FLOOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    1:24-cv-00239-SDN |
| | ) |
| CHARLES BALL, | ) |
| | ) |
| Defendant. | ) |

### **ORDER AFFIRMING RECOMMENDED DECISION**

On April 17, 2026, the Magistrate Judge recommended granting in part and denying in part Plaintiff's motion for leave to file a third amended complaint. ECF No. 62. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal. The time within which to file objections expired on May 1, 2026, and no objections have been filed, either before or after the deadline.

The Court finds no clear error and agrees with the findings set forth in the Recommended Decision. The Court therefore **AFFIRMS** and **ADOPTS** the Magistrate Judge's Recommended Decision. ECF No. 62. The Court **GRANTS IN PART** and **DENIES IN PART** Plaintiff's motion to amend the complaint. ECF No. 49. The Court grants Plaintiff leave to amend the complaint as to the claims of excessive force (Count I) and false arrest (Count II) arising from the 2019 incident. The Court **DISMISSES** all other claims (Counts III, IV, and V). The Court **DENIES** Defendant's motion to strike the entire amended complaint. ECF No. 47.

1

2

**SO ORDERED.**

Dated this 4th day of June, 2026.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**